UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA TOSCANO,

             Plaintiff,

    v.

SKAGIT COUNTY, et al.,

             Defendants.

CASE NO. C25-2729JLR

ORDER

Before the court is *pro se* Plaintiff Amanda Toscano's motion for an extension of time to effect service.  (Mot. (Dkt. # 12).)  Although Defendants have appeared in this action, none of them responded to Ms. Toscano's motion.  (*See* NOA (Dkt. # 7); *see generally* Dkt.); *see also* Local Rules W.D. Wash. LCR 7(d)(2) (requiring the nonmoving party on a motion for relief from a deadline to file its response, if any, no later than nine days after the filing date of the motion).  The court takes Defendants' failure to respond as an admission that Ms. Toscano's motion has merit.  *See* Local Rules W.D. Wash. LCR 7(b)(2).  For the reasons set forth below, the court GRANTS Ms. Toscano's motion.

ORDER - 1

Ms. Toscano originally filed this action on December 30, 2025, and amended her complaint on March 23, 2026.  (Compl. (Dkt. # 1); Am. Compl. (Dkt. # 5).)  Ms. Toscano made her first attempt to serve Defendants on March 25, 2026.  (1st Service Decl. (Dkt. # 8).)  On March 30, 2026, Defendants filed a notice of appearance in which they objected that the individual Defendants had not been properly served.  (*See* NOA.)  Ms. Toscano states that after she saw Defendants' objection, she conferred with the process server and realized that her service attempt was defective.  (Mot. at 2-3.)  She has since sent waiver requests to Defendants and now asks for a 60-day extension to the service deadline to allow the waiver process to conclude.  (*Id.* at 5); *see* Fed. R. Civ. P. 4(d) (governing waiver of service).

Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  The court concludes that Ms. Toscano has shown good cause justifying an extension of the service deadline.  Therefore, the court GRANTS her motion (Dkt. # 12).  Ms. Toscano shall file proof of proper service or waiver of service by no later than **July 6, 2026**.

Dated this 6th day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2